## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO





GRACE GONZALEZ GARCIA,
et al.,

           VS.                              CIVIL NO. __98-1894__ (JAF)

PUERTO RICO ELECTRIC POWER
AUTHORITY, et al.,

| DESCRIPTION OF MOTION | |
|---|---|
| DATE FILED: 7/21/99 DOCKET: 10 | TITLE: MOTION REQUESTING LEAVE TO JOIN LEGAL REPRESENTATION. |
| [ ] Plaintiff(s) <br> [X] Defendant(s) | |

### O-R-D-E-R

__X__  GRANTED.

__  DENIED.

__  MOOT.

__  NOTED.

**OTHER:** DEFENDANTS' MOTION REQUESTING BRIEF ENLARGEMENT OF DISCOVERY DEADLINES, FILED 9/9/99, **DOCKET DOCUMENT NO. 13, IS ALSO GRANTED.**

September 10, 1999
DATE

JOSE ANTONIO FUSTE
U. S. DISTRICT JUDGE


