## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO





GRACE GONZALEZ GARCIA,
et al.,

      VS.                      CIVIL NO. __98-1894__ (JAF)

PUERTO RICO ELECTRIC POWER
AUTHORITY, et al.,

### DESCRIPTION OF MOTION

DATE FILED: 9/3/99  DOCKET: 12    TITLE: MOTION REQUESTING LEAVE FROM COURT TO FILE REPLY

[ ] Plaintiff(s)
[X] Defendant(s)

### O-R-D-E-R

_X_ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

**OTHER:**

September 10, 1999
DATE

JOSE ANTONIO FUSTE
U. S. DISTRICT JUDGE

(15)