# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



RECEIVED & FILED
99 OCT 27 PM 4: 16
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

GRACE GONZALEZ GARCIA, ET AL

VS.

CIVIL NO. 98-1894 (JAF)

PREPA, ET AL

## DESCRIPTION OF MOTION

| DATE FILED: 10/13/99 DOCKET #: 17 | TITLE: MOTION by PREPA, Miguel A. Cordero \|requesting order for plff Grace Gonzalez' fiel before the Anti-Discrimination Unit of the Dept of Labor and Human Resources for the Commonwealth of PR\| |
|---|---|
| [ ] Plaintiff(s)<br>[X] Defendant(s) | |

## O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: *Granted*

10/27/99
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE

4