# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



GRACE GONZALEZ GARCIA, ET AL

VS.

PREPA, ET AL

CIVIL NO. 98-1894 (JAF)

RECEIVED & FILED
99 OCT 27 PM 4:16
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

---

## DESCRIPTION OF MOTION

**DATE FILED:** 10/08/99  **DOCKET #:** 16

[ ] Plaintiff(s)
[X] Defendant(s)

**TITLE:** MOTION by PREPA, Miguel A. Cordero |to Extend Time for 15 days after the disclosure of discovery to file dispositive motions|

---

## O-R-D-E-R

[X] GRANTED.

[ ] DENIED.

[ ] MOOT.

[ ] NOTED.

**OTHER:**

_____

10/27/99
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE

19

4