# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO



GRACE GONZALEZ GARCIA, et al.,

VS.                                         CIVIL NO. __98-1894__ (JAF)

PUERTO RICO ELECTRIC POWER
AUTHORITY (PREPA), et al.,

---

### DESCRIPTION OF MOTION

| DATE FILED: | DOCKET: | TITLE: |
|---|---|---|
| [ ] Plffs. | [ ] Defts. | |

### O-R-D-E-R

The Pretrial Conference scheduled for November 16, 1999, could not be held. The same shall take place on **January 24, 2000, at 12:00 Noon.**

This Order disposes of Docket Documents Nos. 20 and 21.

---

__12/13/99__
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE