## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO





GRACE GONZALEZ GARCIA, ET AL

    VS.

PREPA, ET AL

CIVIL NO. 98-1894 (JAF)

---

### DESCRIPTION OF MOTION

DATE FILED: 01/18/00   DOCKET #: 25   TITLE: MOTION by Miguel A. Cordero |to Continue PTC|

[ ] Plaintiff(s)
[x] Defendant(s)

---

### O-R-D-E-R

**X** GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: The P.T. Conference set for January 24, 2000 is now reset for March 6, 2000, at 1:30 P.M.

1/20/2000
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE