# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



GRACE GONZALEZ GARCIA, ET AL

    VS.

PREPA, ET AL

CIVIL NO. 98-1894 (JAF)

## DESCRIPTION OF MOTION

**DATE FILED:** 01/31/00  **DOCKET #:** 27

[x] Plaintiff(s)
[ ] Defendant(s)

**TITLE:** MOTION by All Plaintiffs to Extend Time for 30 days to answer motion to dismiss

## O-R-D-E-R

X GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: *Term to expire on 2/28/2000.*

2/9/2000
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE