UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

Traci González García

vs.

P.R. Power Authority, et al.

CIVIL NO. 98-1894 (JAF)

DESCRIPTION OF MOTION

DATE:
FILED:           DOCKET:#       Title:

( ) Plffs        ( ) Defts

( ) Government   ( ) Other

ORDER

S/c held. Plaintiff enters a voluntary dismissal as to the ADEA & ADA causes of action. The remaining allegations shall be passed upon in the context of docket # 23929. The court will also address # 7 & 11.

3/6/2000
DATE

JOSE ANTONIO FUSTE
U.S. DISTRICT JUDGE

4

(30)