UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'01 FEB 26 AM 9:39
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

GRACE GONZALEZ-GARCIA, ET AL

**Plaintiff(s)**

v.                                     CIVIL NUMBER: 98-1894 (JAG)

P.R. POWER AUTHORITY

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 02/14/01<br>**Title:** Motion for Leave to Withdraw as Counsel for Defendant Puerto Rico Electric Power Authority<br>**Docket(s):** 37<br>[ ] **Plff(s)**   [x] **Dft(s)**   [ ] **Other** | **GRANTED.** The Court grants attorneys Laura Maldonado-Rodríguez and Godwin Aldarondo-Girald's request to withdraw as counsel. As well, the Court grants the defendants a period of forty five (45) days to retain new counsel. |

Date: February 22, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge