UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**                                 DATE: APRIL 18, 2001

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**                CASE NO. 98-1894 (JAG)
================================================================

GRACE GONZALEZ GARCIA ET AL                     Attorneys:

       VS

P.R. POWER AUTHORITY

================================================================

By Order of the Court the above-mentioned case is hereby set for settlement conference on **TUESDAY, MAY 8, 2001 AT 4:00 PM BEFORE JUDGE GARCIA-GREGORY.** Principals to be available.

Parties to be notified.

                                       _____
                                       Lily Alicea-Courtroom Deputy