IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

GRACE GONZALEZ GARCIA

**Plaintiff(s)**

v.                                        CIVIL NO.  98-1894 (JAG)

PUERTO RICO POWER AUTHORITY

**Defendant(s)**

---

ORDER

The undersigned judge recuses himself in this case. The case is to be reassigned to Judge José A. Fusté in exchange of another case from his docket.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 23rd day of May, 2001.

JAY A. GARCIA-GREGORY
U.S. District Judge

