# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO



GRACE GONZALEZ GARCIA

    VS.                            CIVIL NO. 98-1894 (JAF)

PUERTO RICO ELECTRICAL POWER AUTHORITY,

| DESCRIPTION OF MOTION |||
|---|---|---|
| DATE FILED: | DOCKET: | TITLE: [signature] |
| [ ] Plffs. | [ ] Defts. | |

## O-R-D-E-R

Case stands submitted as docket docs 7/22 [illegible]

6/29/01
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE

