# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



Grace Gonzalez Garcia

v.    CIVIL CASE: 98-1894 (JAF)

Puerto Rico Power Authority, et al.

---

## DESCRIPTION OF MOTION

| Date: 12/31/01 | Docket#: 54 | MOTION by All Plaintiffs | to Accept Spanish Language Documents attached to opposition to motion for summary judgment | |
| --- | --- | --- |
| By: Plaintiffs | | |

### O-R-D-E-R

☑ GRANTED

☐ DENIED

☐ NOTED

☐ MOOT

*Duly certified translations must be filed on or before April 19, 2002.*

3/12/2002
Date

Jose A. Fuste
United States District Judge

56