## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO



Grace Gonzalez Garcia

v.

Puerto Rico Power Authority, et al.

CIVIL CASE: 98-1894 (JAF)

RECEIVED & FILED
02 JUL 26 AM 10:30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

### DESCRIPTION OF MOTION

| Date: 6/28/02 | Docket#: 69 | MOTION by PREPA \|for Luis F. Colon Conde to Withdraw as Attorney\| |
|---|---|---|
| By: Defendant | | |

### O-R-D-E-R

[X] GRANTED

[ ] DENIED

[ ] NOTED

[ ] MOOT

_____
July 24/02
Date

_____
Jose A. Fuste
United States District Judge

