UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



Grace Gonzalez Garcia

v.

Puerto Rico Power Authority, et al.

CIVIL CASE: 98-1894 (JAF)

RECEIVED & FILED
02 JUL 26 AM 10:30
U.S. DISTRICT COURT
SAN JUAN, P.R.

## DESCRIPTION OF MOTION

| Date: 5/13/02 | Docket#: 65 | MOTION by Miguel A. Cordero |for Griselle Gonzalez to Withdraw as Attorney| |
|---|---|---|
| By: Defendant | | |

### O-R-D-E-R

☐ GRANTED

☐ DENIED

☐ NOTED

☐ MOOT

No need to act on this motion. The Court looks at the Federal Litigation Div. as the party responsible for this representation.

July 24/02
Date

Jose A. Fuste
United States District Judge