# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



Grace Gonzalez Garcia

v.                                                           CIVIL CASE: 98-1894 (JAF)

Puerto Rico Power Authority, et al.

RECEIVED & FILED
02 JUL 26 AM 10:30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

## DESCRIPTION OF MOTION

| Date: 7/18/02 | Docket#: 71 | MOTION by All Plaintiffs |to Extend Time for 30 days to oppose to Cordero's motion to dismiss| |
| By: Plaintiffs | | |

### O-R-D-E-R

☒ GRANTED

☐ DENIED

☐ NOTED

☐ MOOT

*Term to expire on August 19, 2002.*

_____
7/22/2002
Date

_____
Jose A. Fuste
United States District Judge

