IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| GRACE GONZÁLEZ GARCÍA, her husband JORGE BRACERO LANDRÓN, and their Conjugal Partnership | * | CIVIL NO. 98-1894 (JAF) |
| PLAINTIFFS | * | |
| VS | * | |
| PUERTO RICO ELECTRIC POWER AUTHORITY, The President, MIGUEL A. CORDERO his wife, and their Conjugal Partnership | * | |
| DEFENDANTS | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE OF APPEAL**

**TO THE HONORABLE COURT:**

**COMES NOW** Grace González García, her husband, Jorge Bracero, and their conjugal partnership, and very respectfully states, alleges and prays as follows:

1. Notice is hereby given that Grace González García, her husband Jorge Bracero and their conjugal partnership, plaintiffs, in the above named case, hereby appeal to the United States Court of Appeals of the First Circuit, from an order, dismissing plaintiffs' 42 U.S.C.A. section 1983, causes of action, entered on July 16th, 2002.

In San Juan, Puerto Rico, this 12th of August of the year 2002.

RECEIPT # 128928
AMOUNT: $105.00

AUG 12 2002
CASHIER SIGNATURE

CS: Appeals Clerk
8/12/02

81

**I HEREBY CERTIFY** that a true and exact copy of this notice to Appeal was delivered via certify mail to defendant's attorney, Pedro J. Manzano Yates, at his address, at Fiddler González & Rodríguez, PO Box 363507, San Juan, Puerto Rico 00936-3507.

*[signature]*

ANIBAL ESCANELLAS RIVERA
**U.S.D.C NO. 208908**
PO Box 191998
San Juan, Puerto Rico 00919-1998
Tel. (787) 758-4167 / Fax: 250-1111