# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO



GRACE GONZALEZ, ET AL.

VS.

PUERTO RICO ELECTRIC POWER
AUTHORITY, ET AL.

CIVIL NO. 98-1894 (JAF)

RECEIVED & FILED
02 AUG 14 AM 7:34
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## DESCRIPTION OF MOTION

DATE FILED: 7/30/02  DOCKET: 80  TITLE: INFORMATIVE MOTION

[ ] Plaintiff(s)  [X] Defendant(s)

## O-R-D-E-R

**X** GRANTED.

__ DENIED.

__ MOOT.

**X** NOTED.

OTHER:

_8/13/2002_
DATE

JOSE ANTONIO FUSTE
U. S. DISTRICT JUDGE

