```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF PUERTO RICO


 GRACE GONZALEZ GARCIA, et al.,

        Plaintiffs,
                                        Civil No. 98-1894 (JAF)
        v.

 PUERTO RICO ELECTRIC POWER
 AUTHORITY, et al.,

        Defendants.
```

# JUDGMENT

On the basis of the terms and conditions of an Opinion and Order subscribed by the court today, judgment is entered dismissing this case.

San Juan, Puerto Rico, this 12th day of December, 2002.

JOSE ANTONIO FUSTE
U. S. District Judge


