# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **GRACE GONZALEZ GARCIA, her husband JORGE BRACERO LANDRON, and their Conjugal Partnership** | **CIVIL NO. 98-1894 (JAF)** |
| **PLAINTIFFS** | |
| VS | RECEIPT # 132904<br>AMOUNT: $105. |
| **PUERTO RICO ELECTRIC POWER AUTHORITY, the President, MIGUEL A. CORDERO his wife, and their Conjugal Partnership** | DEC 27 2002<br>CASHIER SIGNATURE |
| **DEFENDANTS** | |

## NOTICE OF APPEAL

**TO THE HONORABLE COURT:**

**COMES NOW** Grace Gonzalez Garcia, her husband, Jorge Bracero, and their conjugal partnership, and very respectfully states, allegues and prays as follows:

1. Notice is hereby given that Grace Gonzalez Garcia, her husband Jorge Bracero and their conjugal partnership, the plaintiffs in the above named case, hereby appeal to the United States Court of Appeals of the First Circuit from the opinions and orders issued by the United States District Court for the District of Puerto Rico, dismissing plaintiffs' 42 U.S.C.A. section 1983, causes of action and complaint against all the defendants, entered on July 16th, 2002 and December 12th, 2002.

**I HEREBY CERTIFY** that a true and exact copy of this notice to Appeal was delivered via certify mail to defendant's attorney, Pedro J. Manzano Yates, at his address, at Fidler Gonzalez & Rodríguez, PO Box 363507, San Juan PR 00936-3507

and to Anabelle Rodríguez and Ivonne Palerm, Federal Litigation División, Departament of Justice, PO Box 9020192, San Juan, PR 00902-0192.

In San Juan, Puerto Rico, this 27th of December of the year 2002.

*[signature]*

**ANÍBAL ESCANELLAS RIVERA**
**U.S.D.C. NO. 208908**
PO Box 191998
San Juan PR 00919-1998
Tel. (787) 758-4167
Fax: (787) 250-1111