## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO
### Transmittal of Record to the Court of Appeals

DATE: January 24, 2003

DC #: 98-1894 (JAF)

APPEAL FEE PAID: YES __X__ NO ____

CASE CAPTION: Grace Gonzalez-Garcia   v.   PREPA

IN FORMA PAUPERIS: YES ____ NO __X__

MOTIONS PENDING: YES ____ NO __X__

NOTICE OF APPEAL FILED BY: Plaintiffs

APPEAL FROM: Opinion & Order and Judgment entered on 12/13/01 and Opinion & Order entered on 07/16/02

SPECIAL COMMENTS: Original documents in file folders

INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:

| DOCUMENTS: | VOLUMES: |
|---|---|
| Docket Entries 1-51 | I |
| Docket Entries 52-82 | II |
| Docket Entries 83-84 | III |
| Docket Entries 85-99 | IV |

I HEREBY certify that the enclosed documents contained herein are the original pleadings as described in the annexed index and constitute the record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court

By: Xiomara Muniz
Deputy Clerk

Acknowledgment of Receipt:

Received By: _____
USCCA #: _____
s/c: ICMS Parties, Docket Clerk, Appeals Clerk